Glenn R. Kantor, SBN: 122643
E-mail: gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
9301 Corbin Ave., Suite 1400
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
Jennifer Mcdonald

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MCDONALD,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Defendant. | CASE NO: 5:23-cv-02447-SPG-SHK<br><br>NOTICE OF SETTLEMENT |

NOTICE IS HEREBY GIVEN that the parties have reached a settlement in this matter. The parties anticipate completing the exchange of settlement documents, and filing a dismissal with the Court, within the next thirty (30) days. The parties request that the Court retain jurisdiction of this case during said thirty (30) day period.

DATED: June 25, 2024          KANTOR & KANTOR, LLP

                              By  */s/ Glenn R. Kantor*
                              Glenn R. Kantor
                              Attorneys for Plaintiff,
                              Jennifer Mcdonald