1 | MISTY A. MURRAY (SBN 196870)
Misty.Murray@maynardnexsen.com
2 | KAREN T. TSUI (SBN 305869)
KTsui@maynardnexsen.com
3 | MAYNARD NEXSEN LLP
10100 Santa Monica Boulevard, Suite 550
4 | Los Angeles, CA 90067
Telephone:  310.596.4500

Attorneys for Defendant
Metropolitan Life Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MCDONALD, | Case No. 5:23-cv-02447-SPG-SHKx |
| Plaintiff, | (Honorable Sherilyn Peace Garnett) |
| v. | **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendant. | [Filed concurrently with [Proposed] Order] |
| | Complaint Filed:  December 1, 2023 |

# STIPULATION

Pursuant to Federal Rule of Civil Procedure, Rule 41(a), and following the settlement of this matter, Plaintiff Jennifer McDonald and Defendant Metropolitan Life Insurance Company, by and through their respective attorneys of record, hereby stipulate that this entire action shall be dismissed with prejudice. The parties further stipulate that each party shall bear her or its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: July 25, 2024　　　　　　　　　MAYNARD NEXSEN LLP

By: */s/ Misty A. Murray*
Misty A. Murray
Attorneys for Defendant
Metropolitan Life Insurance Company

Dated: July 25, 2024　　　　　　　　　KANTOR & KANTOR LLP

By: */s/ Glenn R. Kantor*
Glenn R. Kantor
Attorneys for Plaintiff
Jennifer McDonald

*Filer's Attestation: Pursuant to L.R. 5-4.3.4(a)(2)(i), Misty A. Murray hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

# CERTIFICATE OF SERVICE

*Jennifer McDonald v. Metropolitan Life Insurance Company*
**Case No.** 5:23-cv-02447-SPG-SHK

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is 10100 Santa Monica Boulevard, Suite 550, Los Angeles, CA 90067.

On, **July 25, 2024** I served the document(s) entitled **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below:

**SEE ATTACHED SERVICE LIST**

☒ **(BY CM/ECF SERVICE)**: I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on July 25, 2024, at Los Angeles, California.

*/s/ Lea Borys*
_____
Lea Borys

# SERVICE LIST

*Jennifer McDonald v. Metropolitan Life Insurance Company*
Case No. **5:23-cv-02447-SPG-SHK**

Glenn R. Kantor, Esq.
KANTOR & KANTOR, LLP
9301 Corbin Avenue, Suite 1400
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272
E-mail: gkantor@kantorlaw.net

*Attorneys for Plaintiff,*
*Jennifer McDonald*