JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MCDONALD,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　　　Defendant. | Case No. 5:23-cv-02447-SPG-SHKx<br><br>(Honorable Sherilyn Peace Garnett)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Complaint Filed: December 1, 2023 |

## ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear her or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: July 25, 2024

_____
SHERILYN PEACE GARNETT
U.S. DISTRICT COURT JUDGE